# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00150-CV

**Nora Pedroza, Appellant**

**v.**

**Federal Home Loan Mortgage Corporation, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-12-010744, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Nora Pedroza has failed to prosecute this appeal. Pedroza's brief was due on April 1, 2013. On April 24, 2013, this Court's clerk sent Pedroza a notice informing her that her brief was overdue and cautioned that the appeal could be dismissed for want of prosecution unless she filed a response reasonably explaining her failure to file a brief. The response was due by May 6, 2013. Pedroza has not responded to the notice, nor has she filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:  May 22, 2013